08 MAR 12 PM 4:23

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

UNITED STATES OF AMERICA,            )   Criminal Case No. 08 CR 0724 WQH
                                     )
         Plaintiff,                  )   I N D I C T M E N T
                                     )
    v.                               )   Title 8, U.S.C.,
                                     )   Sec. 1324(a)(2)(B)(ii) -
JOSE ELIAS CAMACHO-MELENDEZ,         )   Bringing in Illegal Aliens for
                                     )   Financial Gain; Title 8, U.S.C.,
         Defendant.                  )   Sec. 1324(a)(2)(B)(iii) - Bringing
                                     )   in Illegal Aliens Without
                                     )   Presentation
_____)

The grand jury charges:

Count 1

On or about February 27, 2008, within the Southern District of California, defendant JOSE ELIAS CAMACHO-MELENDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angelica Reyes-Valencia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

//

//

JDM:fer:Imperial
3/12/08

### Count 2

On or about February 27, 2008, within the Southern District of California, defendant JOSE ELIAS CAMACHO-MELENDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angelica Reyes-Valencia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 3

On or about February 27, 2008, within the Southern District of California, defendant JOSE ELIAS CAMACHO-MELENDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Audelia Torres-Gutierrez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

//
//
//
//
//
//
//
//

<u>Count 4</u>

On or about February 27, 2008, within the Southern District of California, defendant JOSE ELIAS CAMACHO-MELENDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Audelia Torres-Gutierrez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: March 12, 2008.

A TRUE BILL: 

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney

3