UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | |
| Plaintiff-Appellee,           ) | Case No. 08cr0724-WQH |
| ) | |
| v.                                                              ) | |
| ) | CERTIFICATE OF SERVICE |
| JOSE ELIAS CAMACHO-MELENDEZ,   ) | |
| ) | |
| Defendant-Appellant.         ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

> Lawrence Casper, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: April 1, 2008

 /s/ Kasha K. Pollreisz
KASHA K. POLLREISZ
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
kasha_pollreisz@fd.org