UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Case No. 07cr1970-BTM |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE ELIAS CAMACHO-MELENDEZ, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing Defendant's Notice of Motions and In Limine Motions has been electronically served this day upon:

    Lawrence Casper, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101


Dated: May 5, 2008                       *s/ Kasha K. Pollreisz*
                                             KASHA K. POLLREISZ
                                             Federal Defenders
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             kasha_pollreisz@fd.org