UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Case No. 08CR0724-WQH |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE CAMACHO-MELENDEZ, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of his information and belief, and that a copy of the foregoing Defendant's Attorney-

Conducted Voir Dire has been electronically served this day upon:

Lawrence Casper, Assistant United States Attorney
880 Front Street
San Diego, CA  92101

Dated: May 19, 2008                      */s/ Kasha K. Pollreisz*
                                         KASHA K. POLLREISZ
                                         Federal Defenders
                                         225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         kasha_pollreisz@fd.org