KAREN P. HEWITT
United States Attorney
LAWRENCE A. CASPER
CAROLINE P. HAN
Assistant U.S. Attorneys
California State Bar Nos. 235110/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-7455

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR0724-WQH |
| --- | --- | --- |
|  | ) | DATE:    May 20, 2008 |
| Plaintiff, | ) | TIME:    9:00 a.m. |
|  | ) |  |
| v. | ) | **UNITED STATES' PROPOSED JURY** |
|  | ) | **INSTRUCTIONS** |
| JOSE ELIAS CAMACHO-MELENDEZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Lawrence A. Casper, Assistant United States Attorneys, and hereby files its proposed jury instructions, with authority.

DATE:    May 19,  2008.

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

*Lawrence A. Casper*
LAWRENCE A. CASPER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ELIAS CAMACHO-MELENDEZ,<br><br>Defendant. | Criminal Case No. No. 08CR0724-WQH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, LAWRENCE A. CASPER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of UNITED STATES' PROPOSED JURY INSTRUCTIONS

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kasha Pollreisz, Esq., Federal Defenders of San Diego, Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2008.

*s/Lawrence A. Casper*
LAWRENCE A. CASPER