1  KASHA K. POLLREISZ
   California Bar No. 204148
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 ext. 3714
4

5  Attorneys for Defendant
6

7                              EX PARTE

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,           ) Criminal No. 08CR0724-WQH
                                         )
12 |        Plaintiff,                   )
                                         )
13 | v.                                  )
                                         ) EX PARTE
14 | JOSE ELIAS CAMACHO-MELENDEZ,        ) APPLICATION FOR AN ORDER
                                         ) AUTHORIZING DEFENSE TO BRING
15 |        Defendant.                   ) COMPUTER EQUIPMENT TO COURTROOM
                                         )
16

17        Defense counsel anticipates using the electronic equipment during trial due to the nature of

18 some of the discovery. Therefore, counsel requests the instant Application for an Order to allow defense

19 counsel to bring in the necessary electronic equipment.

20                                 Respectfully submitted,

21                                 /s/ Kasha Pollreisz

22 Date: May 19, 2008              **KASHA K. POLLREISZ**
                                   Federal Defenders of San Diego, Inc.
23                                 Attorneys for Mr. Camacho-Melendez

*FILED 08 MAY 20 AM 9:18 — CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA — BY: G, DEPUTY*

08CR0724