FILED

08 MAY 20 AM 9:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR0724 |
| Plaintiff, ) | |
| v. ) | |
| JOSE ELIAS CAMACHO-MELENDEZ, ) | **ORDER** |
| Defendant. ) | **ADMITTING COMPUTER EQUIPMENT INTO COURTROOM** |

**IT IS HEREBY ORDERED** that counsel for Mr. Camacho-Melendez, or employees of the Federal Defenders of San Diego, Inc., may bring computer equipment into the Courtroom for trial in the above-captioned case.

Dated: 5/19/08

HONORABLE WILLIAM Q. HAYES
United States District Judge

08CR0724