MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

| | USA | | VS | JOSE ELIAS CAMACHO-MELENDEZ |
|---|---|---|---|---|

| Plaintiff | X Defendant | Court | Type of Hearing: | JURY TRIAL |
|---|---|---|---|---|
| | | | Case Number: | 08CR0724-WQH |

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | May 20, 2008 | May 20, 2008 | USER FEE RECEIPT |
| B | May 20, 2008 | | CUSTODY RECEIPT OF PERSONAL PROPERTY |
| C | May 20, 2008 | | PHOTOGRAPH OF EVIDENCE SEIZURE BAG |
| D | May 20, 2008 | May 20, 2008 | PHOTOGRAPH OF BED OF TRUCK |
| E | May 20, 2008 | May 20, 2008 | PHOTOGRAPH OF TRUCK |
| F | May 20, 2008 | May 20, 2008 | PHOTOCOPY OF A PHOTO LINE UP |
| G | May 21, 2008 | | GOVERNMENT EXPERT LETTER |

K:\COMMON\CRT_CLRK\HAYES\_TRIAL INFO\_08cr0724deftexhibit.wpd