# EXHIBIT LIST

## United States v. Jose Elias Camacho-Melendez
### Criminal Case No. 08CR0724-WQH

_X_ Government    ___ Defense    Type of Hearing: Jury Trial

| Exhibit No. | Date Identified | Date Admitted In Evidence | Description | Witness(es) |
|---|---|---|---|---|
| 1 | MAY 20 2008 | MAY 20 2008 | Photo - Lane 6 Calexico West Port of Entry | V. Fonseca |
| 2 | MAY 20 2008 | MAY 20 2008 | Photo - Side view of Ford F-250 | V. Fonseca |
| 3 | MAY 20 2008 | MAY 20 2008 | Photo - Front side view of Ford F-250 | V. Fonseca |
| 4 | MAY 20 2008 | MAY 20 2008 | B1B2 Visa/Border Crossing Card of Defendant | V. Fonseca |
| 5 | MAY 20 2008 | | Multiple Inspection Referral Slip | V. Fonseca |
| 6 | MAY 20 2008 | MAY 20 2008 | Photo - interior of hood/driver's side with material witness | J. VanArsdall |
| 7 | MAY 20 2008 | MAY 20 2008 | Photo - interior of hood/passenger side with material witness | J. VanArsdall |
| 8 | MAY 20 2008 | MAY 20 2008 | Photo - Calexico West POE/secondary office area | J VanArsdall |
| 9 | MAY 20 2008 | MAY 20 2008 | Photo - Calexico West POE/interior of secondary office | J. VanArsdall |
| 10 | MAY 20 2008 | MAY 20 2008 | Photo - interior of hood/removal of material witnesses | A. Valencia |
| 11 | | | Photo - removal of material witness | |
| 12 | | | Vehicle registration document | |

| | | | | |
|---|---|---|---|---|
| 13 | MAY 2 0 2008 | MAY 2 0 2008 | Photo - Calexico West POE overhead photo | J VanArsdall |
| 14 | MAY 2 0 2008 | MAY 2 0 2008 | Photo - compartment with wooden board adjacent to engine/passenger side | J. VanArsdall |
| 15 | MAY 2 0 2008 | MAY 2 0 2008 | Photo - compartment/driver's side | J. VanArsdall |
| 16 | MAY 2 0 2008 | MAY 2 0 2008 | Photo - shoes of material witness | J VanArsdall |
| 17 | | | Photo - shoes on foot of material witness | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| | | | | |